In the Matter of the Petition of the BROOKLYN UNION ELEVATED RAILROAD COMPANY, Appellant, Relative to Acquiring Title to a Right of Way on Myrtle Avenue in the Borough of Brooklyn and City of New York.

EDWARD MITCHELL et al., as Executors of BENJAMIN D. SHILLIMAN, Deceased, Respondents.

*Matter of Brooklyn Union Elev. R. R. Co.*, 102 App. Div. 626, affirmed. (Argued May 30, 1905; decided June 13, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 14, 1905, which affirmed an order of Special Term confirming an award of commissioners of appraisal in condemnation proceedings.

*I. R. Oeland, Charles L. Woody* and *George D. Yeomans* for appellant.

*Cyrus V. Washburn* and *George W. Sickels* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.